IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIT VIPER, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>PARTY LIFE (XIAMEN) TECHNOLOGY CO., LTD., et al.,<br><br>  Defendants. | Case No. 23-cv-16337<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Sunil R. Harjani** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 30, 2024 [46], in favor of Plaintiff Pit Viper, LLC ("Plaintiff" or "Pit Viper") and against the Defendants Identified in Schedule A in the amount of two hundred fifty thousand dollars ($250,000) per Defaulting Defendant for willful use of counterfeit PIT VIPER Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Pit Viper acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Louriy-US | 22 |
| TTOAOKE US | 30 |
| LOTFASHION | 105 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 1st day of February 2024.　　　Respectfully submitted,

<div style="margin-left:40%">

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff Pit Viper, LLC*

</div>